Matter of Neymar G.P. (Neidy P.) (2026 NY Slip Op 00730)

Matter of Neymar G.P. (Neidy P.)

2026 NY Slip Op 00730

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, OGDEN, GREENWOOD, AND DELCONTE, JJ.

945 CAF 25-00164

[*1]IN THE MATTER OF NEYMAR G.-P. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; NEIDY P., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

SALCEDO APPEALS PLLC, BUFFALO (STEVEN B. SALCEDO OF COUNSEL), FOR RESPONDENT-APPELLANT. 
SHELBY MAROSELLI, BUFFALO, FOR PETITIONER-RESPONDENT. 
DAVID C. SCHOPP, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (RUSSELL E. FOX OF COUNSEL), ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Kelly A. Brinkworth, J.), entered December 23, 2024, in a proceeding pursuant to Family Court Act article 10. The order, among other things, determined that respondent had neglected the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Alejandro G.-P. (Neidy P.) (— AD3d — [Feb. 11, 2026] [4th Dept 2026]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court